THE LAW OFFICES OF NEAL BRICKMAN, P.C.
Neal Brickman, Esq. (NB0874)
Jason A. Stewart, Esq. (JS4602)
420 Lexington Avenue, Suite 2811
New York, New York 10170
Telephone: (212) 986-6840
*Special Litigation Counsel to Gregory M. Messer, Chapter 7 Trustee*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EQUILIBRE BIOPHARMACEUTICALS CORP.,<br><br>    Debtor<br><br>---<br><br>GREGORY M. MESSER Soley in His Capacity as Chapter 7 Trustee of the Estate of Equilibre Biopharmaceuticals Corp.,<br><br>    Plaintiff,<br>v.<br><br>SAMUEL WAKSAL, individually, as the former Chairperson, Chief Executive Officer, and President of Equilibre Biopharmaceuticals Corp. Chairperson, and Chief Executive Officer and President of Graviton Bioscience Corporation, Graviton Bioscience Holding Corporation, Graviton US Corp. (USA), and Graviton Bioscience B.V, FRANCOIS MAISONROUGE, RUI WU, PETER SIMON, GRAVITON BIOSCIENCE CORPORATION, GRAVITON BIOSCIENCE HOLDING CORPORATION, GRAVITON US CORP. (USA), GRAVITON BIOSCIENCE B.V., BIHUA CHEN,<br><br>    Defendants. | Chapter 7<br><br>Case No.: 23-12099 (PB)<br><br>**AFFIDAVIT OF SERVICE**<br><br>Adversary Proceeding No.<br><br>25-01087 (PB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

      Estefania Tafoya, being duly sworn, deposes and says:

      I am not a party to the action, I am over 18 years of age and resides in New York County, NY.

      On April 23, 2025, I served ***Docket Nos. 1-2, Adversary Proceeding Complaint and Summons with Notice of Pre-Trial Conference dated January 21, 2025***, by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York, or by Electronic Mail.

TO: ***See Annexed Service List***

/s/Estefania Tafoya
Estefania Tafoya

Sworn to before me this 23rd day of January 2025

/s/ Jason A. Stewart
Jason A. Stewart
Notary Public, State of New York
No. 02ST6389232
Qualified in Westchester County
Commission Expires March 25, 2027

# SERVICE LIST

**Samuel Waksal**
19 E 93rd Street, Apartment 1
New York, NY 10128-1928

**Peter Simon**
28 Esplanade
St Helier
Jersey JE2 3QA
Peter Simon:

**Francois Maisonrouge**
907 5th Avenue
New York, NY 10021

**Rui Wu**
504 East 63rd Street, Apt 36-O
New York, NY 10065

**Graviton Bioscience Corporation**
Attn: Samuel Waksal
125 West End Avenue
New York, NY, 10023

**Graviton Bioscience Holding Corporation**
Attn: Samuel Waksal
125 West End Avenue
New York, NY, 10023

**Graviton US Corp. (USA)**
Attn: Samuel Waksal
125 West End Avenue
New York, NY, 10023

**Graviton Bioscience B.V.**
Attn: Samuel Waksal
125 West End Avenue
New York, NY, 10023

**Bihua Chen**
200 Dorado Beach Dr, Unit 3832
Dorado PR 00646