Docusign Envelope ID: EE772F4A-4A61-477B-B1E8-6AEC8AAC48F1

**Hearing Date and Time: October 7, 2025 at 10:00 a.m. EST**
**Opposition Date: August 29, 2025**
**Reply Date: September 26, 2025**

Jeffrey M. Eilender
Jolene LaVigne-Albert
Joshua Kahane
John Moore
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
Email:jeilender@schlamstone.com
Email:jlavignealbert@schlamstone.com
Email: jkahane@schlamstone.com
Email:jmoore@schlamstone.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | |
| EQUILIBRE BIOPHARMACEUTICALS CORP., | : | Case No. 23-12099 (PB) |
| | : | Chapter 7 |
| Debtor. | : | |

| | | |
|---|---|---|
| GREGORY M. MESSER Solely in His Capacity as Chapter 7 Trustee of the Estate of Equilibre Biopharmaceuticals Corp., | : | Adv. Pro. 25-01087 (PB) |
| Plaintiff, | : | **DECLARATION OF DUNCAN RENNIE IN SUPPORT OF DEFENDANT GRAVITON BIOSCIENCE B.V.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| -against- | | |
| SAMUEL WAKSAL, individually, as the former Chairperson, Chief Executive | | |

Officer, and President of Equilibre
Biopharmaceuticals Corp. Chairperson, and
Chief Executive Officer and President of
Graviton Bioscience Corporation, Graviton
Bioscience Holding Corporation, Graviton
US Corp. (USA), and Graviton Bioscience
B.V., FRANCOIS MAISONROUGE, RUI
WU, PETER SIMON, GRAVITON
BIOSCIENCE CORPORATION,
GRAVITON BIOSCIENCE HOLDING
CORPORATION, GRAVITON US CORP.
(USA), GRAVITON BIOSCIENCE B.V.,
BIHUA CHEN,

Defendants.

Pursuant to 28 U.S.C. § 1746, **DUNCAN RENNIE** declares, under the penalty of perjury, the following to be true:

1. I am a national of the United Kingdom and resident of the Netherlands, the managing director of Unsworth & Associates B.V. ("**U&A**") and a board member of Graviton Bioscience B.V. ("**GBV**"), an entity incorporated under Dutch law on behalf of its sole shareholder, Graviton Bioscience Corporation ("Graviton"). U&A is a corporate services provider, regulated and licensed by the Dutch Central Bank ("**DNB**").

2. I submit this Declaration in support of the motion to dismiss this adversary proceeding against GBV, pursuant to Bankruptcy Rule 7012(b)(2), for lack of personal jurisdiction. Unless otherwise stated, this affirmation is based upon my personal knowledge or review of the documents cited herein. Unless otherwise stated, the matters set forth herein are based upon my personal knowledge.

3. I have been serving on the board of GBV since its incorporation on July 13, 2021. In that capacity, I am the Managing Director of GBV and am personally familiar with all of the

Docusign Envelope ID: EE772F4A-4A61-477B-B1E8-6AEC8AAC48F1

aspects of this Dutch company. Attached hereto as Exhibit 1 is a true and correct copy of the GBV incorporation papers in Dutch and English.

4.     The primary purpose of GBV is to own certain intellectual property with respect to ROCK2 Inhibitors that belonged to Graviton. Since incorporation, GBV has also acquired a separate, unrelated Dutch company and has continued to grow its presence here in the Netherlands and I continue my focus on compliance matters for the benefit of the board and the wider group.

5.     GBV is a holding company with no offices, employees, or property in the United States; is not registered to conduct business in the United States; and does not advertise, solicit or conduct any business in the United States. Also, GBV does not receive any revenue from the United States.

6.     GBV has one employee and has its own office at Herengracht 540, Amsterdam, The Netherlands.  In 2021 GBV successfully applied for an Advance Pricing Agreement ("**APA**") with the Dutch Tax Authorities ("**DTA**"), which provides substantial tax benefits to GBV.  The reason for the successful response from the DTA was, in part, due to the activities that would be carried out directly by GBV solely in the Netherlands.

.

Dated:  Amsterdam, The Netherlands
     July 11, 2025

_____
**DUNCAN RENNIE**